IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,                     ) | No. CR 09-01038-01-JF |
|                                               ) | |
|                     Plaintiff,                ) | |
| v.                                            ) | [PROPOSED] ORDER CONTINUING |
|                                               ) | SARA HERNANDEZ'S SENTENCING |
|                                               ) | HEARING TO JULY 15, 2010 |
| SARA HERNANDEZ,                               ) | |
|                                               ) | |
|                     Defendant.                ) | |

**ORDER**

GOOD CAUSE APPEARING, Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from June 24, 2010, to July 15, 2010, at 9:00 a.m.

Dated: June 23, 2010

_____
HON. JEREMY FOGEL
United States District Judge

ORDER Continuing the Sentencing Hearing
CR 09-01038-01-JF                                         1